UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Kyle Hendricks
_____

**11 CIV. 1206**

(In the space above enter the full name(s) of the plaintiff(s).)

v.

Defendant No. 1 N.Y.C. Dept of corrections
Defendant No. 2 Sick call
Defendant No. 3 Doctor Calvo
Defendant No. 4 _____
Defendant No. 5 _____

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983

Jury Trial: Yes ✓ No ___
(check one)

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. No addresses should be included here.)

I. **Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  Name Kyle Hendricks
ID # 241-09-12885
Current Institution Otis Bantum Correctional Center
Address 16-00 Hazen Street, East Elmhurst, New York, 11370

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

1

Defendant No. 1    Name N.Y.C Dept of Corrections    Shield #_____
                   Where Currently Employed 60 Hudson Street,
                   Address 60 Hudson Street, New York, New York,
                   10013-1007

Defendant No. 2    Name Sick call    Shield #_____
                   Where Currently Employed O.B.C.C
                   Address 16-00 Hazen Street, East Elmhurst
                   Queen N.Y. 11370

Defendant No. 3    Name Doctor Calvo    Shield #_____
                   Where Currently Employed O.B.C.C
                   Address 16-00 Hazen Street, East Elmhurst
                   Queen N.Y. 11370

Defendant No. 4    Name _____    Shield #_____
                   Where Currently Employed _____
                   Address _____

Defendant No. 5    Name _____    Shield #_____
                   Where Currently Employed _____
                   Address _____

## II.   Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur? At O.B.C.C 16-00 Hazen Street, East Elmhurst Queen N.Y. 11370

B.   Where in the institution did the events giving rise to your claim(s) occur? this occur at O.B.C.C/C.P.S.U 2 Southwest 32 cell.

C.   What date and approximate time did the events giving rise to your claim(s) occur? this occur 12-23-10 tell now

2

D.  Facts: yes My Name is Kyle hendricks 241-09-12885 and I have been violated by sick call of my 5 Amendment, 6 Amendment, 7 Amendment, 8 Amendment of my Constitutional rights at O.B.C.C/C.P.S.U 2 Southwest area. Doctor Calvo as well as his whole entire medical staff have repeatly dismiss my medical request and complain on several and Numerous occasions.

What happened to you?

Who did what?

Was anyone else involved?

Who else saw what happened?

## III.  Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

N/A

## IV.  Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act of 1995, 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?
Yes ✓   No ___

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). At O.B.C.C Correctional facility

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?
   Yes ✓   No ____   Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?
   Yes ____   No ____   Do Not Know ✓
   If YES, which claim(s)? ____

D. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose not cover some of your claim(s)?
   Yes ____   No ____   Do Not Know ✓
   If YES, which claim(s)? ____

E. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?
   Yes ✓   No ____
If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?
   Yes ____   No ✓

F. If you did file a grievance, about the events described in this complaint, where did you file the grievance? I filed a grievance at O.B.CC Correctional facility

   1. Which claim(s) in this complaint did you grieve? I'm claim that Sick Call is refuseing me my medical treatment violating my 5, 6, 7, 8 Amendment

   2. What was the result, if any? No Nothing No result

   3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. I wrote a grievance and the Deputy Warden

4

G.  If you did not file a grievance, did you inform any officials of your claim(s)?
    Yes _____ No __✓__

   1. If YES, whom did you inform and when did you inform them? N/A

   2. If NO, why not? Because All I filed was a grievance.

I.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. N/A

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

## V. Relief:

State what you want the court to do for you. I want to press charges and have the Court to follow up in the federal court. and Help Me file a law suit on my behalf.

## VI. Previous lawsuits:

On these claims

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____ No _____

5

B. If your answer to A is YES, describe each lawsuit in questions 1 through 7 on the next page. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

    1. Parties to this previous lawsuit:

Plaintiff _____

Defendants _____

    2. Court (if federal court, name the district; if state court, name the county) _____

_____

    3. Docket or Index number _____

    4. Name of Judge assigned to your case _____

    5. Approximate date of filing lawsuit _____

    6. Is the case still pending? Yes \_\_\_\_ No \_\_\_\_

If NO, give the approximate date of disposition _____

    7. What was the result of the case? (for example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

_____

_____

[On other claims]

D. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment? Yes \_\_\_\_ No \_\_\_\_

E. If your answer to D is YES, describe each lawsuit in questions 1 through 7 on the next page. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

    1. Parties to this previous lawsuit:

Plaintiff _____

Defendants _____

    2. Court (if federal court, name the district; if state court, name the county) _____

_____

    3. Docket or Index number _____

    4. Name of Judge assigned to your case _____

    5. Approximate date of filing lawsuit: _____

    6. Is the case still pending? Yes \_\_\_\_ No \_\_\_\_

If NO, give the approximate date of disposition _____

    7. What was the result of the case? (for example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

_____

_____

Signed this 5 day of February, 2011. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Plaintiff   Kyle Hendricks
Inmate Number            241-09-12885
Mailing address          16-00 Hazen Street
                         East Elmhurst N.Y.
                         11370

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 5 day of February, 2011, I will deliver this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:  Kyle Hendricks

rev. 09/04